No. 86–186.   DAY & ZIMMERMAN, INC. *v.* INTERNATIONAL CHEMICAL WORKERS UNION ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 86–210.   SPECTOR ET AL. *v.* COMMISSIONER OF INTERNAL REVENUE.   C. A. 8th Cir.   Certiorari denied.

No. 86–215.   J. A. LAPORTE, INC. *v.* NORFOLK DREDGING CO. C. A. Fed. Cir.   Certiorari denied.

No. 86–220.   WALDRON ET AL. *v.* COLLINS.   C. A. 11th Cir. Certiorari denied.

No. 86–221.   TOWNSHIP OF CLAY *v.* SEAWAY DRIVE-IN, INC. C. A. 6th Cir.   Certiorari denied.

No. 86–229.   BROOKS *v.* EBONY OIL CORP.   C. A. 2d Cir. Certiorari denied.

No. 86–230.   NICHOLSON ET AL. *v.* KING.   Ct. App. La., 4th Cir.   Certiorari denied.

No. 86–232.   BEHREND ET AL. *v.* ZIEGLER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 86–233.   CITY OF LAWTON, OKLAHOMA, ET AL. *v.* LUSBY ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 86–237.   KOEHNKE *v.* WISCONSIN.   Ct. App. Wis.   Certiorari denied.

No. 86–245.   HUMBOLDT BAY MUNICIPAL WATER DISTRICT *v.* LOUISIANA-PACIFIC CORP. ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 86–247.   GENERAL SIGNAL CORP. *v.* ALLIED TUBE & CONDUIT CORP.   C. A. Fed. Cir.   Certiorari denied.

No. 86–249.   ATRAQCHI ET AL. *v.* FOUR UNKNOWN AGENTS OF THE FEDERAL BUREAU OF INVESTIGATION ET AL.   C. A. 9th Cir. Certiorari denied.